IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORA SECATERO,

    Plaintiff,

                                              CV 11-650-MV/CG

v.

WAL-MART STORES, INC.,
a Delaware Corporation,

    Defendant.

## ORDER GRANTING EXTENSION OF DISCOVERY

THIS MATTER comes before the Court on the parties' *Joint Motion for Extension of Time to Disclose Experts*. (Doc. 26). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, FINDS there is good cause to grant the motion.

IT IS HEREBY ORDERED that Plaintiff shall have until January 16, 2012 to disclosure her experts in this matter and Defendant shall have until February 29, 2012 to disclose experts. All other dates established in the Court's *Scheduling Order*, (Doc. 17), shall remain in effect.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE