IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORA SECATERO,

    Plaintiff,

v.                                                                    CV 11-650-MV/CG

WAL-MART STORES, INC.,
a Delaware Corporation,

    Defendant.

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on the parties' *Joint Motion for Extension of Time to File Pre-Trial Motions*, (Doc. 60). The parties seek to extend the deadline to file pretrial motions to June 29, 2012. (*Id.*). They state that additional time is required to review expert reports, deposition testimony, and other materials. (*Id.*). No trial date has been set in this case. The Court, having reviewed the motions, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** the parties have demonstrated good cause for an extension of time.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion for Extension of Time to File Pre-Trial Motions*, (Doc. 60), be **GRANTED**. The deadline to file pretrial motions shall be June 29, 2012. All other deadlines established in the Court's *Amended Scheduling Order*, (Doc. 45), shall remain in effect.

                                                THE HONORABLE CARMEN E. GARZA
                                                UNITED STATES MAGISTRATE JUDGE